## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(name, address or brief description of person or property to be searched)

Cellco Partnership, dba Verizon Wireless
for records associated with telephone number
(410) 279-7953

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

CASE NUMBER:

**10-0186 JKB**

I, Special Agent __Mark Miller__ being duly sworn depose and say:

I am a __Special Agent with Federal Bureau of Investigation__ and have reason to believe that ☐ on the person or ☒ on the property or premises known as (name, description and or location)
See Attachment A.

in the District of New Jersey there is now concealed a certain property, namely (describe the person or property)

See Attachment B.

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure) property that constitutes evidence of the commission of a criminal offense, fruits of a crime and property designed and intended for use and which is, or has been, used as a method of committing a criminal offense, in violation of Title 18 United States Code, Sections 2251, 2252 and 2252A.

The facts to support the issuance of a Search Warrant are as follows:
See Attached Affidavit

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

_____
Mark Miller, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

1/22/10 _____ at Baltimore, Maryland
Date

JAMES K. BREDAR
**United States Magistrate Judge**

_____
Signature of Judicial Officer