# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

in the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Cellco Partnership, dba Verizon Wireless
for records associated with phone number
(410) 279-7953

**SEARCH WARRANT**

CASE NUMBER: **10-0186 JKB**

TO: <u>Special Agent Mark Miller</u> or any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent <u>Mark Miller</u> who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and or location)

further described in Attachment A.

In the District of New Jersey, there is now concealed a certain property, namely (describe the person or property)
    See Attachment B.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property above described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to on or before ___Feb. 1, 2010___
                                                                                                Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable James K. Bredar, United States Magistrate Judge, as required by law.

___1/22/10___  ___3:50 PM___ at Baltimore, Maryland
Date and Time Issued

JAMES K. BREDAR
United States Magistrate Judge

Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1/22/2010 | DATE AND TIME WARRANT EXECUTED<br>1/25/2010  8:44 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>FAXED |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

FOR TELEPHONE NUMBER (410) 279-7953:

SUBSCRIBER INFORMATION

SMS AND CALL RECORDS  DECEMBER 2009 - JANUARY 2010

TEXT/EMAIL RECORDS  1/15/2010 - 1/20/2010

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_ 4/19/10

U.S Judge or Magistrate        Date